BARNEY KANTROWITZ, Respondent, v. JACOB C. ROSENTHAL, Appellant.—

Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.